United States District Court
Southern District of Texas
ENTERED

JUN 2 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUN 2 6 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IFB INTERNATIONAL FREIGHTBRIDGE (CHINA), LIMITED, <br>     Plaintiff, <br><br> VS. <br><br> PHOENICIAN IMPORTS, INC., D/B/A AZHAR'S ORIENTAL RUGS, <br>     Defendant and Third-Party Plaintiff, <br><br> VS. <br><br> ZHEJIANG NATIONAL NATIVE PRODUCE AND ANIMAL BYPRODUCTS IMPORT AND EXPORT CORPORATION, <br>     Third-Party Defendant. | § § § § § § § § § § § § § § § § § § § § | C.A. NO. B-95-100 |

## AGREED ORDER OF DISMISSAL

The Plaintiff, IFB International Freightbridge (China), Limited, and Defendant and Third-Party Plaintiff Phoenician Imports, Inc. d/b/a Azhar's Oriental Rugs, and Third-Party Defendant Zhejiang National Native Produce and Animal Byproducts Import and Export Corporation, by and through their attorneys of record, having informed the Court that all parties who have appeared in this action agree to the dismissal of this suit in its entirety, and the Plaintiff having prayed that the cause against Defendant Phoenician Imports, Inc. d/b/a Azhar's Oriental Rugs be dismissed, and Third-Party Plaintiff Phoenician Imports, Inc. d/b/a/ Azhar's Oriental Rugs having prayed that the cause against Third-Party Defendant Zhejiang National Native Produce and Animal Byproducts Import and Export Corporation be dismissed, and all parties agreeing

ADAMS & GRAHAM, L.L.P.

_____  /per by permission 6/22/98
Juan A. Gonzalez
State Bar No. 08129310

222 E. Van Buren West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Attorneys for Phoenician Imports, Inc.
d/b/a Azhar's Oriental Rugs


WOLIN, RIDLEY & MILLER, L.L.P.

_____
Paul E. Ridley
State Bar No. 16901400

3100 Bank One Center
1717 Main Street
Dallas, Texas 75201

Attorneys for Zhejiang National Native
Produce and Animal Byproducts Import
and Export Corporation

that the costs shall be borne by the party incurring them, and it appearing to the Court that the dismissal of this action should be made as prayed,

NOW, THEREFORE, it is ORDERED that the Plaintiff's claims in this case are dismissed as to the Defendant Plaintiff Phoenician Imports, Inc. d/b/a Azhar's Oriental Rugs, and Third-Party Plaintiff Phoenician Imports, Inc. d/b/a Azhar's Oriental Rugs' claims in this case are dismissed as to Third-Party Defendant Zhejiang National Native Produce and Animal Byproducts Import and Export Corporation, and that all costs herein shall be borne by the party incurring same.

Signed at Brownsville, Texas this the ____ day of _____, 1998.

_____
UNITED STATES DISTRICT JUDGE
Acting on Assignment
6/26/98

**APPROVED AS TO FORM AND ENTRY REQUESTED:**

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

_____
C. Scott Kinzel
State Bar No. 00785499
Federal I.D. No. 14163
2200 Chase Tower
600 Travis Street
Houston, Texas 77002
Attorneys for
International Freightbridge
(China), Limited

41250:195118.WP:061898          -2-